Leigh Ann Collings Tift, OSB #05473
ltift@littler.com
James C. Webber, OSB #04157
jwebber@littler.com
Littler Mendelson, P.C.
701 Fifth Avenue, Suite #6500
Seattle, WA  98104.7097
Ph:     206.623.3300
Fax:    206.447.6965
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## District of Oregon

| | |
|---|---|
| PREMILA W. NARAYAN,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC.,<br><br>Defendant. | The Honorable Anna J. Brown<br><br>Case No. 3:05-CV-1594-BR<br><br>**STIPULATION AND<br>ORDER OF DISMISSAL** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff **PREMILA W. NARAYAN** and Defendant **OFFICE DEPOT, INC.,** that the above-entitled action, including all claims and counterclaims herein, shall be dismissed in its entirety with prejudice, with each party to bear that party's own and costs and attorneys fees.

1 – STIPULATION AND ORDER OF DISMISSAL
Case No. 3:05-CV-1594-BR
Firmwide:80975907.1 046107.1033

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite #6500
Seattle, WA  98104.7097

Dated: April _10th_, 2006

LITTLER MENDELSON, P.C.


By: _[signature]_
    Leigh Ann Collings Tift, OSB #05473
    Attorneys for Defendant

Dated: April _10th_, 2006

FORD & JAMES, LLP


By: _[signature]_
    for Charles A. Ford, OSB #91291
    Attorneys for Plaintiff

_per Email authorization_

2 – STIPULATION AND ORDER OF DISMISSAL
Case No. 3:05-CV-1594-BR
Firmwide:80975907.1 046107.1033

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite #6500
Seattle, WA  98104.7097
206.623.3300

# ORDER

THIS MATTER having come before the undersigned judge of the above-entitled court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice and with each party to bear that party's own costs and attorneys fees.  The Clerk is directed to enter judgment accordingly.

Dated: _____

_____
HONORABLE ANNA J. BROWN

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite #6500
Seattle, WA  98104.7097
206.623.3300

Presented by:

LITTLER MENDELSON, P.C.

By: _____
Leigh Ann Collings Tift, OSB #65473
Attorneys for Defendant
Office Depot, Inc.
LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite 6500
Seattle, WA  98104.7097
Telephone:  206.623.3300
Email:  ltift@littler.com

Copy received, approved as to form and notice
of presentment waived:

FORD & JAMES, LLP

By: _____
Charles A. Ford, OSB #91271
Attorneys for Plaintiff
Premila Narayan
FORD & JAMES, LLP
29955 S.W. Boones Ferry Road, Suite K
P. O. Box 427
Wilsonville OR  97070
Telephone:  503.682.3607
Email:  cfordlaw@spiritone.com

*per email authorization*

4 – STIPULATION AND ORDER OF DISMISSAL
Case No. 3:05-CV-1594-BR
Firmwide:80975907.1 046107.1033

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite #6500
Seattle, WA  98104.7097
206.623.3300

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party

to the within action.  My business address is 701 Fifth Avenue, Suite 6500, Seattle, WA  98104-

7097.  On April __10__, 2006, I served the within document(s):

### STIPULATION AND ORDER OF DISMISSAL

☐     by facsimile transmission at or about _____ on that date.  The transmission was reported as complete and without error.  A copy of the transmission report, properly issued by the transmitting machine, is attached.  The names and facsimile numbers of the person(s) served are as set forth below.

☒     by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Seattle, Washington addressed as set forth below; and electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following addressee(s) set forth below.

☐     by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐     by delivering copies of the documents listed above into the hands of a messenger service with the instructions to deliver on this date said documents to the person at the address set forth below.

**Charles A. Ford, cfordlaw@spiritone.com**
**FORD & JAMES, LLP**
**29955 S.W. Boones Ferry Road, Suite K**
**P.O. Box 427**
**Wilsonville, OR  97070**

I am readily familiar with the firm's practice of collecting and processing correspondence

for mailing and for delivery via messenger service.  Under that practice, it would be deposited

with the U.S. Postal Service or, if an overnight delivery service shipment, deposited in an

5 – STIPULATION AND ORDER OF DISMISSAL
Case No. 3:05-CV-1594-BR
Firmwide:80975907.1 046107.1033

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite #6500
Seattle, WA  98104.7097
206.623.3300

overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct. Executed on April __/0__, 2006, at Seattle, Washington.

_____
Patricia Ann Mottman

LITTLER MENDELSON, P.C.
Columbia Center
701 Fifth Avenue, Suite #6500
Seattle, WA 98104.7097